JAMES W. BROWN, Public Administrator, etc., as Administrator of ROBERT

GAULT, Deceased, v. HARRY KLEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case to be served on or before April 26, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.